UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| JULIE COOLIDGE, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No.: 2:21-cv-00289-GZS

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1), the Plaintiff and Defendant agree that Plaintiff's Complaint may be dismissed with prejudice and without costs.

Dated: March 9, 2022


/s/ Andrew S. Davis

Andrew S. Davis, Esq.
Lambert Coffin
Two Monument Sq., Ste. 400
P.O. Box 15215
Portland, ME  04112-5215
(207) 874-4000
adavis@lambertcoffin.com

*Attorney for Plaintiff*

/s/ Joshua Bachrach

Joshua Bachrach, Esq.
Wilson Elser Moskowitz Edelman & Dicker
Two Commerce Square
2001 Market St., Ste. 3100
Philadelphia, PA  19103
(215) 606-3906
joshua.bachrach@wilsonelser.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that this document was served on the following counsel of record by ECF filing on March 9, 2022:

Joshua Bachrach, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
Two Commerce Sq., 2001 Market St., Ste. 3100
Philadelphia, PA  19103
joshua.bachrach@wilsonelser.com

                                              */s/ Andrew S. Davis*

                                              Andrew S. Davis, Esq.

**LAMBERT COFFIN**
Two Monument Square, Suite 400
P.O. Box 15215
Portland, ME  04112-15215
(207) 874-4000
adavis@lambertcoffin.com

*Attorney for Plaintiff*